IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY L. HYDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-3055-CV-S-SWH-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On Friday, January 27, 2006, a hearing was held on the Brief In Support Of Claimant's Claim (doc. # 11) and the Defendant's Brief In Support Of The Administrative Decision And In Reply To Plaintiff's Brief (doc. # 12). For the reasons stated at the conclusion of the hearing,[1] it is

ORDERED that the Court finds that substantial evidence on the record as a whole supports the Commissioner's final decision denying benefits to claimant. It is further

ORDERED that the Commissioner's decision is affirmed.

                                                        /s/ *Sarah W. Hays*
                                                        SARAH W. HAYS
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's statements at the conclusion of the argument concerning its reasons for affirming the decision of the Commissioner have been typed and made a part of the record.