IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

BRADLEY L. HYDE,
        Plaintiff,
v.                                   CASE NO. 04-3055-CV-S-SWH

JOANNE BARNHART,
Commissioner of Social Security,
        Defendant.

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

    **IT IS ORDERED**

that the Court finds that substantial evidence on the record as a whole supports the Commissioner's final decision denying benefits to claimant.

    **IT IS FURTHER ORDERED**

that the Commissioner's decision is affirmed.

| | |
|---|---|
| Date 1/30/06 | Patricia L. Brune<br>Clerk |
| | */s/ Bonnie J. Rowland*<br>(by) Deputy Clerk |